# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

### 7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | **Telephone: (518) 449-2043** | **For payments Only:** |
| **Trustee** | **Facsimile: (518) 449-2473** | **P.O Box 1918** |
| **Bonnie Baker, Esq.** | | **Memphis, TN 38101-1918** |
| **Assoc. Attorney** | | |

October 26, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-18588              Thomas F. Ingram

To Whom It May Concern:

    Enclosed please find check #923033 in the amount of $42.15. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.          17

Account#          5184388239776

Creditor
                   Verizon/RMCC
                   3900 Washington Street
                   Wilmington, DE 19802

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli